IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MWASI SONGAMBELE,

    Plaintiff,

v.                                                   4:10cv241-RH

GODFREY O. ONUGHA, et al.,

    Defendant.

_____/

## DEFENDANT TAYLOR'S REQUEST FOR RELIEF FROM MEDIATION

COMES NOW Defendant W.T. Taylor, through the below named attorney, and requests to be relieved from the mediation requirement provided in the Court's Scheduling and Mediation Order (doc. 12). The order requires mediation to begin by December 3, 2010, and conclude by December 17, 2010. Further, Defendant represents:

Plaintiff was placed in the special housing unit (SHU) at FCI Tallahassee on or about January 20, 2010. Defendant Taylor arrived as Warden on or about February 28, 2010. Plaintiff remained in the SHU for her safety due to her allegations of sexual abuse by a staff member. Plaintiff remained in the SHU while an investigation was conducted. There is no limit to the amount of time that an inmate can remain in administrative detention while there is a pending investigation.

Plaintiff was transferred to the Wakulla County jail on April 14, 2010, and returned to FCI Tallahassee on or about May 25, 2010. Because of ongoing safety

concerns, she was transferred to FDC Miami on or about May 26, 2010, which is the only other secure female facility in Florida.

Defendant suggests that the conditions and locations of Plaintiff's housing are decisions within the administrative discretion of the Bureau of Prisons, acting through its employees. As such, Defendant should not be held personally responsible for any alleged injuries or damages claimed by Plaintiff. Under that belief, it is highly unlikely that Defendant will offer any monetary amount in order to settle this case. Accordingly, Defendant requests to be relieved from the requirement of mediation and the expenses that it will require.

## Certificate of Conference

On November 29, 2010, Defendant's counsel conferred with Dana Brooks, counsel for Plaintiff, who advised that she had no objection to this request

## Certificate of Service

On November 29, 2010, a copy of this motion will be sent via CM-ECF to Dana Brooks, counsel for Plaintiff and Kathy Maus, counsel for Defendant Onugha.

Respectfully Submitted,

PAMELA C. MARSH
United States Attorney

s/ *Paul Alan Sprowls*

Assistant United States Attorney
Florida Bar 232688
United States Courthouse
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430