IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA,
TALLAHASSEE DIVISION

MWASI SONGAMBELE,

       Plaintiff,

vs.                                            CASE NO.: 4:10cv241-RH-WCS

GODFREY O. ONUGHA, D.M.D
and W.T. TAYLOR

       Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel moves the Court for permission to withdraw Eubanks, Barrett, Fasig & Brooks as counsel for Plaintiff in this matter and for an order relieving counsel from further responsibility for this matter.  As grounds, the undersigned would show:

1.    Donald Freeman, who has been representing Plaintiff in this case, has withdrawn from the firm and is unable to continue to represent Plaintiff.

2.    Plaintiff has failed to cooperate with counsel in that she does not keep scheduled telephone appointments and has refused to take steps necessary to allow counsel to communicate with her by email, despite numerous requests.

3.    Plaintiff has informed the firm that she has retained new counsel to represent her.

4.    Undersigned counsel has discussed this matter with Kathy Maus, Esquire, counsel for Defendant, Godfrey O. Onugha, D.M.D., and Paul Alan Sprowls, Esquire, counsel for Defendant W.T. Taylor, and neither objects to entry of an order discharging Eubanks, Barrett, Fasig & Brooks from further responsibility in this matter.  Ms. Maus, by agreeing to

undersigned's withdrawal in no way agrees to extend any dates set for discovery, mediation or other previously scheduled events in this matter.

**WHEREFORE** undersigned requests that the Court enter an order discharging Eubanks, Barrett, Fasig & Brooks as attorneys for Plaintiff in this matter.

Respectfully submitted this 30th day of November, 2010.

**EUBANKS BARRETT FASIG & BROOKS**
 /S/ *R. Vinson Barrett*
**R. VINSON BARRETT** (FBN 0217255)
3360 Capital Circle, N.E., Suite C
Tallahassee, Florida  32308
(850) 224-3310 Telephone
(850) 224-3433 Fax

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were provided via ECM/ECF this 30th day of November 2010 to:

| | |
|---|---|
| Kathy J. Maus | Paul Alan Sprowls |
| Ryan M. Garrett | United States Attorney's Office |
| Butler Pappas Weihmuller | 111 S. Adams St. |
| Katz Craig, LLP | Tallahassee, FL 32301 |
| 3600 Maclay Boulevard, Suite 101 | alan.sprowls@usdoj.gov |
| Tallahassee, FL 32312 | |
| kmaus@butlerpappas.com | |
| rgarrett@butlerpappas.com | |